UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                        Case No. 8:17-cr-201-T-27AEP

**SANTO DE LA CRUZ-VALERA**
_____/

**ORDER**

      **BEFORE THE COURT** is Defendant's *pro se* "Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)(2) in Light of Retroactive Effect of Amendment 782" (Dkt. 97). Amendment 782 to the United States Sentencing Guidelines was effective November 1, 2014. Defendant was sentenced on September 14, 2017 (Dkt. 73). Amendment 782 was in effect and applied when Defendant was sentenced. He therefore received any benefit of Amendment 782 that was available. Accordingly, his motion (Dkt. 97) is **DENIED**. His Ex Parte Application for Appointment of Counsel is **DENIED as moot**.

      **DONE AND ORDERED** this 12th day of August, 2019.

*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Defendant, *pro se,* Counsel of Record