BP-A0621
Nov 12

# AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

U.S. Department of Justice                                        Federal Bureau of Prison

## Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103?0016), Washington, DC 20503.

| Full Name Of Currently or Previously Incarcerated Individual | Register Number | Current Address |
|---|---|---|
| Santo De La Cruz Valera | 30350-069 | Giles W. Dalby Correctional Facility 805 North Avenue F Post, Tx 79356. |
| Date of Birth 07-28-1978 | Place of Birth Dominican Republic | Social Security Number N/A |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to
☐ release information to, OR  ☐ obtain information from

Name/Facility:  GILES W. DALBY CORRECTIONAL FACILITY

Address:  805 NORTH AVENUE F

City, State, Zip:  POST, TX 79356.

Exhibit A

I understand the information is to be used for (specific reason for release of information):

☒ Continuation of care, or         ☐ Other _____

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from (dates): 12-17-2020 to **present**.
This is to include:

☒ Complete Record          ☒ Discharge Summary      ☒ History & Physical       ☒ Operative Reports
☒ Consultations            ☒ Progress Notes         ☒ X-ray reports            ☒ Pathology Reports
☒ Laboratory Reports                                ☒ Actual Films             ☒ Actual Slides
                                                    ☐ Will be returned OR      ☐ Will be returned OR
                                                    ☐ Duplicates accepted      ☒ Duplicates accepted
☐ Other:

Signature _Santo de la cruz_ (signed)      Date  12-29-2020

Signature of current or formerly
incarcerated individual requesting the
release of his/her records.

 Giles W. Dalby
Correctional Facility

# MEMORANDUM

**Date:** January 11, 2021
**To:** De La Cruz-Valera, Santo
Reg. No. 30350-069
QTR: D01-024L
**From:** M. Friend, Warden
**cc:** Central File
**Re:** **Compassionate Release/Reduction In Sentence Review**

---

Your request for Compassionate Release/Reduction in Sentence (RIS) has been reviewed pursuant to 18 U.S.C §3582 (c)(1)(A) and Program Statement 5050.50, pages 4-5 (3)(a)(b). Although, you have been diagnosed with or suffer from various medical conditions that could possibly cause you to be more susceptible to contracting the coronavirus, you have a detainer with U.S. Immigration and Customs Enforcement (ICE) and you are not a citizen or national of the United States. Per Program Statement 5050.50, page 12 (7), all unresolved detainers must be reviewed and evaluated. According to recent correspondence with ICE, due to your current Aggravated Felony Conviction, you will be processed by ICE upon completion of your current sentence and transferred to an Immigration Detention Center where it will be determined whether or not you will be removed to your country of origin.

Accordingly, it has been determined you are not appropriate for RIS at this time; however, you may resubmit your request at such time that you meet the criteria mentioned above. If you are not satisfied with this reply, you may submit an appeal in accordance with the provisions set forth in GDWCF Policy 3-E1 within fifteen (15) days of the date of this response.

# RELEASE PLAN QUESTIONNAIRE

NAME: SANTO DE LA CRUZ VALERA          DATE: 12-29-2020

ADDRESS: 805 NORTH AVENUE F, POST, TX 79356.

Case Manager: _____

Unit Manager: J. Gowens

Will you be on supervised release? How long?  5 YEARS

Do you have identification?  NO

What identification documents do you need?  NO

Do you have any financial resources? What are they?  NO

Where will you live?  DOMINICAN REPOBLIC

Is that the same/different place than where you were living when you went into prison?  SAME

Who will you live with?  MY WIFE AND CHILDRENS

How can we contact him/her? BY PHONE:  8292895588

Who are you closest to? (family, friend or other)  NOT BODY

How can we contact him/her? _____

What support will you have when you get out of prison?  MY WIFE

How can we contact him/her?   BY PHONE: 8292895588

How do you know they are supportive?   THEY ALWAYS HAVE

How did you help your family and friends before you went to prison? (taking care of children or others, help with transportation, etc.)
I HAD A FULL TIME JOB

How did your family and friends help you before you went to prison? (e.g., taking care of children, help with transportation or a shoulder to cry on?
WITH ENYTHING POSSIBLE

Will your family be able to provide support with housing? If you got sick, will there be someone who is able to take care of you? Will your family be able to provide assistance with food or childcare, if that is a concern?   YES MY WIFE

Who in your family can provide help with housing, health, food, and childcare?
MY WIFE

Will you have transportation? (How will you get to work?)   NO

List any health problems you have:
HIGTH BLOOD PRESSURE AND ASTHMATIC

What medications will you need? __I GET FROM THE PILL WINDOW__

Do you need mental health treatment? __NO__

Do you need substance abuse treatment? __NO__

Are you disabled? If yes, how? __NO__

Did you receive disability, such as SSI or other benefits before you went to prison? __N/A__

Were you on Medicaid before you went to prison? __NO__

Did you have health insurance before you went to prison? __NO__

What job skills do you have? __CONSTRUTION AND MERCHANT__

Do you have a job offer or prospects for a job? __NO__

Contact information: _____

Please list any programs attended/completed and training obtained in prison:
- SUBTANCE ABUSE
- ESL
- ESL E BASIC RM240 M-F0900-1030
- CREATING A BUSINESS PLANT-EAST
- ECONOMIC 1-EAST
- ENGLISH

Please attach copies of any certificates, awards, transcripts, etc and list them here: __I SENT TO MY WIFE__

If you started RDAP or Drug Education or another program but did not finish it, explain why you did not finish: __NO__

Did you work in UNICOR? If yes, what job? __NO__

Education (GED, College, Vocational training)? __NO__

Plans to continue education or training? __YES__

How will you support yourself until you have a job? __MY WIFE__

Children (financial support and arrangements made)? __YES IN MY COUNTRY__

What are your biggest concerns for when you get released? __TO GET BACK TO FAMILY__

What are your greatest strengths/weaknesses? __MY JOB SKILL__

Do you have any detainers or outstanding charges? If yes, what are the charges and where are they pending? _____ I HAVE DETAINER WITH (ICE) _____

Additional comments:

## GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

To: Medical

Date: 1-21-21

Inmate Name: De la Cruz Valera Santos

Number: 30350-069

Housing: D1-24 Low

Request: I have been having problems with my blood presure, My head been hurting and I lose my eye sight for minutes at a time. I want them to do some blood work to see what the problem is, they have been checking my presure for 14 days its unstable. This problem has been getting worse day by day, They give me a Ibuprofen every day but as soon as the affects of the pill go my problems come back. I need help.

Staff Response: I just saw you today + he discussed to continue to check your blood pressure if you have a headache. Your blood pressure was not elevated today, we are going to continue to monitor your Blood pressure.

Staff Signature: AFloro FNPC    Date: 1/24/21

INMATE AFTER STAFF RESPONSE

---

DE LA CRUZ-VA,SANT 30350-06
Chlorthalidone 25mg Tab   QN:30
SUB FOR HYGROTON MFG:NIYAG   OF 30
TAKE 1 TABLET(S) ORALLY ONCE DAILY  ID#260787311

RX# 37913251  DC:03/30/2022
PRESCRIBER:JEDINA,J MSV
LIGHT YELL;ROUND
ORG:03 31 2021 DISP:06 02 2021
TXGW- GILES W. DALBY CORR FACILIT   (C)Card
NDC 75834-0109-10
DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
800-882-6337 FAX 800-523-0008 8D1753640 LANE 40 N3

You Should Avoid Prolonged Or Excessive Exposure To Direct And/Or Artificial Sunlight While    May Make You Dizzy Check With Doctor Before Drinking Alcohol Use Care When Operating A Vehicle

---

DE LA CRUZ-VA,SANT 30350-06
Lisinopril 40mg Tablet   QN:30
SUB FOR PRINIVIL MFG:LUPIN   OF 30
TAKE 1 TABLET(S) ORALLY ONCE DAILY  ID#260787304

RX# 37481356  DC:03/04/2022
PRESCRIBER:REDDICK,J MSV
YELLOW, YE;ROUND   LUPIN;
ORG:03.05.2021 DISP:06/02/2021   NDC:68180-0517-03
TXGW- GILES W. DALBY CORR FACILIT   (C)Card
DIAMOND PHARMACY SERVICES 645 KOLTER INDIANA PA 15701
800-882-6337 FAX 800-523-0008 8D1753640 LANE 40 ND

May Make You Dizzy  Check With Doctor Before Drinking Alcohol Use Care When Operating A Vehicle    WARNING: Do Not Use If You Are Pregnant, Suspect That You Are Pregnant, Or While Breastfeeding

# GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

To: Medical

Date: 12-28-2020

Inmate Name: Santo De La Cruz

Number: 30350-069

Housing: D2-24L

Request: After contracting Corona Virus back in July of 2020 I have been short of breath and tightness of chest. I would plese like to get checked out. Thank you.

Staff Response:

soon

Staff Signature: B. Gonzag

Date: 12/30/2020

INMATE AFTER STAFF RESPONSE

## GILES W. DALBY CORRECTIONAL FACILITY
### INMATE REQUEST FORM    1-11-2021

To: Medical / Gonzalez              Date: ~~1-9-21~~

Inmate Name: Santo DE LA CRUZ       Number: 30350-069
                                    Housing: D1-24L

Request: I still have the same issues, I have trouble breathing, headaches, Pain in my Eyes, chest pain, and Shortness of Breath. I would like to know if I had any damage to my lungs due to the Corona Virus.

Staff Response: See            Exhibit B

S. Pitts   S. Pitts RN   1-13-21
Staff Signature        Date

JAN 11 2021
Received

INMATE AFTER STAFF RESPONSE

## GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

To: Medical

Date: 1-15-2021

Inmate Name: Santo de La Cruz

Number: 30350-069

Housing: D1 24L

Request: I need to get my blood pressure Looked at, because my headaches, and pain in my eyes and short of breath, is from my pressure. I need medication. Please I don't feel Good.

Staff Response: SEE 1/16/2021

Seen & Referred.

Staff Signature: R. Gonzaj

Date: 1/16/21

INMATE AFTER STAFF RESPONSE

# GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

To: Medical

Date: 2-11-21

Inmate Name: Santo DELA Cruz Valers

Number: ~~D1-24L~~ #30350-069

Housing: D1-24L

Request: I want to get some full analysis done because I want to know why my eyes and head hurt. Thank You.

Staff Response: Seen + treated

RECEIVED FEB 12 2021

Staff Signature: Gonzal[es]   Date: 2/13/21

INMATE AFTER STAFF RESPONSE

# GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Date: 12-21-2020

To: Medical - Psycologist

Inmate Name: De la Cruz Valero Santo

Number: 30350-069

Housing: D-1 24L

Request: I need an appointment with the psycologist please I'm not feeling alright

Staff Response: You have an appointment scheduled 12/23/20

Staff Signature: [signature] M.A. LPC-S   Date: 12/22/20

INMATE AFTER STAFF RESPONSE



**Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 01401397
Dept. of Justice / Federal Bureau of Prisons   Team Date: 06-09-2021
Plan is for inmate: DE LA CRUZ-VALERA, SANTO  30350-069

| | | |
|---|---|---|
| Facility: | DAL DALBY CI | Proj. Rel. Date: 10-27-2025 |
| Name: | DE LA CRUZ-VALERA, SANTO | Proj. Rel. Mthd: GCT REL |
| Register No.: | 30350-069 | DNA Status: GUA00554 / 01-05-2009 |
| Age: | 42 | |
| Date of Birth: | 07-28-1978 | |

Exhibit D

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | DEPORTATION, A209 879 145, DOMINICAN REPUBLIC |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAL | FD SVC 1 | FD SVC 1ST SHIFT | 06-12-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAL | ESL HAS | ENGLISH PROFICIENT | 06-14-2019 |
| DAL | GED XN | EXEMPT GED NON-PROMOTABLE | 01-08-2009 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAL | C | SUBSTANCE ABUSE | 09-03-2019 | 11-19-2019 |
| DAL | C | ESL | 01-25-2019 | 06-14-2019 |
| FTD GP | R | ESL E BASIC RM240 M-F0900-1030 | 04-11-2018 | 12-11-2018 |
| FTD GP | C | CREATING A BUSINESS PLAN -EAST | 07-06-2018 | 09-28-2018 |
| FTD GP | C | ECONOMICS I - EAST | 03-10-2018 | 06-10-2018 |
| FTD GP | C | LEATHER 1 - EAST | 01-02-2018 | 01-20-2018 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

**NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS**

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-27-2018 |
| CARE2 | STABLE, CHRONIC CARE | 08-21-2018 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR–REGULAR DUTY | 12-31-2018 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-03-2019 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 01-12-2018 |

### FRP Payment Plan

Most Recent Payment Plan

| | | | |
|---|---|---|---|
| FRP Assignment: | **NO OBLG**   FINANC RESP-NO | | Start: 12-12-2018 |
| Inmate Decision: | **AGREED**   $25.00 | Frequency: | **QUARTERLY** |
| Payments past 6 months: | $0.00 | Obligation Balance: | $0.00 |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| | ASSMT | $200.00 | $200.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |